USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2100 ARTHUR D'AMARIO, III, Plaintiff, Appellant, v. WARREN A. POWERS; JOHN J. DOLAN, Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] Before Boudin, Circuit Judge, Campbell, Senior Circuit Judge, and Stahl, Circuit Judge.      Arthur D'Amario, III on brief pro se.AUGUST 13, 1999     Per Curiam. We have reviewed the appellant's brief and the record on appeal. We affirm essentially for the reasons stated in the district court's memorandum of July 29, 1998, and its order of August 31, 1998. Affirmed.